In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00156-CR

                                                ______________________________

 

 

                                             LEO
GRAVES, Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 123rd
Judicial District Court

                                                             Panola County, Texas

                                                       Trial Court
No. 2008-C-0152

 

                                                   
                                               

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            Leo
Graves has filed a notice of appeal from his conviction of tampering with
government records.  The certification of
Graves’ right of appeal states that Graves waived his right of appeal.  See Tex. R. App. P. 25.2.  

            Unless
a certification, showing that a defendant has the right of appeal, is in the
record, we must dismiss the appeal.  See Tex.
R. App. P. 25.2(d).  Because the
trial court’s certification affirmatively shows that Graves has waived his
right of appeal, and because the record before us does not reflect that the
certification is incorrect, see Dears v.
State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005), we must dismiss the
appeal.

            We
dismiss the appeal for want of jurisdiction.

 

                                                                        Jack
Carter

                                                                        Justice

 

Date
Submitted:          September 26, 2011

Date
Decided:             September 27, 2011

 

Do Not Publish